JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDWELL ENTERPRISES, INC.,<br>Plaintiff,<br><br>v.<br><br>DOWN TOWN WHOLESALERS, INC.; ORGANIZE.COM, INC. and DOES 1-10<br>Defendants. | CASE NO. CV  2:20-cv-01689-AB-JPR<br><br>ORDER DISMISSING CIVIL ACTION |

BRIO WATER TECHNOLOGY, INC., F/K/A DOWN TOWN WHOLESALER
Counterclaimant,

v.

GOLDWELL ENTERPRISES, INC.,
Counterclaim Defendant

THE COURT has been advised that this action has settled and **ORDERS** it dismissed without costs and without prejudice to the right, for good cause, to re-open the action within **60 days** if settlement is not consummated. The Court retains full jurisdiction and this Order shall not prejudice any party to this action.

Dated:  April 1, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.